IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MILTON CUEVAS,                )
                             )
            Plaintiff,        )
                             )
    v.                        )        CASE NO. 2:18-CV-726-WKW
                             )               [WO]
CARLOS A. REYES-SACIN, *et*   )
*al*.,                        )
                             )
            Defendants.       )

## ORDER

On October 9, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 7.) Upon an independent review of the record and upon consideration of the Recommendation, and in light of Plaintiff's failure to comply with court orders, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice for Plaintiff's failure to file necessary financial information as ordered by the court.

Final judgment will be entered separately.

DONE this 31st day of October, 2018.

                    /s/ W. Keith Watkins
            CHIEF UNITED STATES DISTRICT JUDGE